AO 245H    (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For a Petty Offense) — Short Form |
| JOHNSON, KAMARIN B | CM/ECF Case No. 4:26-PO-00247-AGH |

| | |
|---|---|
| Case No. | GM1        E2535742 |
| USM No. | |
| Pro Se | |
| | Defendant's Attorney |

**THE DEFENDANT:** JOHNSON, KAMARIN B

☐  **THE DEFENDANT** pleaded guilty to count(s) _____

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| OCGA § 40-8-54 | Color in Lighting Equipment | 04/10/2026 | 1 |

☑  Count(s)  1 _____    ☑ is    ☐ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court.

| | Assessment | Fine | Processing Fee |
|---|---|---|---|
| **Total:** $0.00 | $ | $ | $ |

Last Four Digits of Defendant's Soc. Sec. No.:  1061

Defendant's Year of Birth: 1989

City and State of Defendant's Residence:
COLUMBUS, GA

07/22/2026
Date of Imposition of Judgment

_____
Signature of Judge

Amelia G. Helmick, US Magistrate Judge
Name and Title of Judge

07/22/2026
Date